IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-20-15-BU-DLC |
| Plaintiff, | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| vs. | |
| BRADLEY JOHN STOICK, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of dispensing controlled substances by a practitioner (diversion) in violation of 21 U.S.C. § 841(a)(1), and one count of acquiring or obtaining a controlled substance by misrepresentation, fraud, forgery, deception, or subterfuge in violation of 21 U.S.C. § 843(a)(3), as set forth in the Information.   After examining the Defendant under oath, I have made the following determinations:

　　　1.   That the Defendant is fully competent and capable of entering an informed and voluntary plea,

　　　2.   That the Defendant is aware of the nature of the charges against him and consequences of pleading guilty to the charges,

FINDINGS AND RECOMMENDATION - Page 1

3.   That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4.   That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true.   Therefore, I recommend that the Defendant be adjudged guilty of the criminal charges set forth in the Information, and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this <u>30th</u> day of July, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

FINDINGS AND RECOMMENDATION - Page 2